Talib Alnur SPRUILL, Petitioner—
Appellant,

v.

Gene M. JOHNSON, Director,
Respondent—Appellee.

No. 06–6418.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 15, 2006.

Decided: June 20, 2006.

Talib Alnur Spruill, Appellant Pro Se.

Before KING, SHEDD, and DUNCAN,
Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Talib Alnur Spruill seeks to appeal the
district court's order denying as successive
his 28 U.S.C. § 2254 (2000) petition. The
order is not appealable unless a circuit
justice or judge issues a certificate of ap-
pealability. 28 U.S.C. § 2253(c)(1) (2000).
A certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2000). A prisoner satisfies
this standard by demonstrating that rea-
sonable jurists would find that any assess-
ment of the constitutional claims by the
district court is debatable or wrong and
that any dispositive procedural ruling by
the district court is likewise debatable.
*Miller–El v. Cockrell,* 537 U.S. 322, 336–
38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003);
*Slack v. McDaniel,* 529 U.S. 473, 484, 120
S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose
v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001).
We have independently reviewed the rec-
ord and conclude that Spruill has not made
the requisite showing. Accordingly, we
deny a certificate of appealability, deny
leave to proceed in forma pauperis, and
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED*